IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RAYMOND CORMIER, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:23-cv-1408 (RDA/WEF) |
| ) | |
| ASSET RECOVERY SOLUTIONS, LLC, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter comes before the Court *sua sponte* upon a review of the docket. On October 13, 2023, Plaintiff filed his original complaint against Defendant Asset Recovery Solutions, LLC. Dkt. 1. Because it was unclear what claims Plaintiff intended to assert, this Court dismissed the Complaint without prejudice for failure to state a claim with leave to file an amended complaint. Dkt. 6.

To date, Plaintiff has not complied with the January 26, 2024 Order directing Plaintiff to file an Amended Complaint. In exercising its inherent authority to manage its docket, *see Goodyear Tire & Rubber Co. v. Haeger*, 581 U.S. 101, 107 (2017), and dismiss a case for noncompliance with a court order, the Court has considered the factors set forth in *Attkisson v. Holder*, 925 F.3d 606, 625 (4th Cir. 2019). Plaintiff's failure to comply with the January 26, 2024 Order is particularly significant. Had Plaintiff timely complied with the Order, this case would have proceeded. Had he requested additional time to file an amended complaint, the Court likely would have granted it. However, Plaintiff did not take any steps to continue forward with this action.

Accordingly, it is hereby ORDERED that this case is DISMISSED WITHOUT PREJUDICE; and it is

FURTHER ORDERED that the Clerk is directed to CLOSE this civil action (1:23-cv-1408).

To appeal this decision, Plaintiff must file a written notice of appeal with the Clerk's office within thirty (30) days of the date of this Order. *See* Fed. R. App. P. 4(a). A written notice of appeal is a short statement indicating a desire to appeal and including the date of the Order the plaintiff wishes to appeal. Failure to file a timely notice of appeal waives the right to appeal this decision.    IT IS SO ORDERED.

Alexandria, Virginia
May  6 , 2025

/s/
Rossie D. Alston, Jr.
United States District Judge